FILED



# UNITED STATES DISTRICT COURT

2026 OCT 29 PM 3: 15

for the

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

District of

BY ANG

Division

Fee Due

Case No. 2:26-cv-12685-FMO-RAO
(to be filled in by the Clerk's Office)

Judy Carillo
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* Yes ✓ No

-v-

Compass, Inc
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Judy Carillo |
| Street Address | 4992 W Warren DR |
| City and County | Casa Grande, Pinal County |
| State and Zip Code | Arizona 85194 |
| Telephone Number | (520) 610-3266 |
| E-mail Address | absrvdcrosslorraina@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,

include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name Compass, Inc
Job or Title *(if known)*
Street Address 110 Fifth Avenue 3rd fl
City and County New York
State and Zip Code New York 10011
Telephone Number (646) 982-0353
E-mail Address *(if known)*

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

✓ Federal question     Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. RICO – Racketeering Influenced Corrupt Organization
5th Amendment, 4th Amendment
International Tax law, Contracts and Insurance Services, Banking
Civil Rights Employment, Housing, Disabilities Accomodation Abuses
Prisoner Civil Rights, Human Rights Abuses, Conditions and Crimes Against Humanity Conspiracy
Federal Tort laws to Land, Realty, Product Liability, Fraud, Property Damage

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation
The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual
The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation
The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.
Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $ 235 Billion

The amount in controversythe amount the plaintiff claims the defendant owes or the amount at stakeis more than $75,000, not counting interest and costs of court, because *(explain)*:

$235 Billion in monetary damages and to levy all the Companies assets around the world to satisfy multiple debts owed to me, multijurisdictionally.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My financial stability was greatly affected. Explotation of people for financial gain and multijurisdictional corruption to include in the courts. I am suing for being an instrument for Racketeering activities, theft of rental revenue, lease revenue, money laundering, securities fraud, tax crimes, contracts and Insurance fraud, violating due process, civil rights violations, Embezzlement of employee funds, retirement, securities and 3rd party IRS crimes multijurisdictionally, Probate fraud. Refusing to do evictions and turn over money to me Superior Court of Los Angeles Stanley Mosk Case # 26STCV29546

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am currently owed 150 Trillion in Realty from an old probate, destruction and theft of assets with no due process blocking from accessing the courts system in a fair manner, multijurisdictional corruption that resulted in trillion in losses. I am requesting 235 Billion in money damages and to levy all Realty and Assets connected to Compass, Inc and its subsidiaries. I want all Real Estate owned or managed by Compass Inc turned over to me to include ERA Real Estate, Christies International Real Estate, Sothebys International Real Estate Coldwell Banker, Compass Properties, etc....

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the

requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/21/2026

Signature of Plaintiff ______________________

Printed Name of Plaintiff Judy Carrillo

**B. For Attorneys**

Date of signing: ______________________

Signature of Attorney ______________________

Printed Name of Attorney ______________________

Bar Number ______________________

Name of Law Firm ______________________

Street Address ______________________

State and Zip Code ______________________

Telephone Number ______________________

E-mail Address ______________________